**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BANKERS INSURANCE
COMPANY,

    **Plaintiff,**

v.                                                Case No. 8:18-cv-1250-T-35AAS

SUN COAST GENERAL
INSURANCE AGENCY, INC.,

    **Defendant.**
_____/

## **ORDER OF RECUSAL**

This order follows the undersigned's review of this docket. Yesterday, Attorney Kelly J. McAuley filed a notice of appearance on behalf of Bankers Insurance. (Doc. 16). Ms. McAuley has been a good friend of the undersigned for over twenty years. Given our personal relationship, the undersigned's impartiality might be reasonably questioned. Under 28 U.S.C. Section 455(a), a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte with any doubts to be resolved in favor of disqualification. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). Therefore, it is appropriate for me to recuse myself. The Clerk of Court is **DIRECTED** to randomly reassign this case to another United States Magistrate Judge.

**ORDERED** in Tampa, Florida, on November 28, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge